IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

VaSEAN ARMSTRONG,

    Plaintiff,

v.                                                                           Civil Action No. **3:19CV548**

ACCOMAC COUNTY JAIL, *et al.*,

    Defendants.

## MEMORANDUM OPINION

On August 14, 2019, the Court conditionally docketed Plaintiff's action. Plaintiff requested leave to proceed *in forma pauperis*. By Memorandum Order entered on October 17, 2019, the Court directed Plaintiff to pay an initial partial filing fee of $10.74 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within eleven (11) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall issue.

/s/
M. Hannah Lauck
United States District Judge

Date: **NOV 1 2 2019**
Richmond, Virginia